No. 84–1842. TORRES v. LITTLE FLOWER'S CHILDREN'S SERVICES ET AL. Ct. App. N. Y. Certiorari denied. JUSTICE BRENNAN and JUSTICE BLACKMUN would grant certiorari. ▪

No. 84–1850. TEXAS v. CHAMBERS. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▪

No. 84–1870. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. THOMAS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▪

No. 84–1957. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. FRANSAW. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▪

No. 85–138. ABRAMS, ATTORNEY GENERAL OF NEW YORK v. ROMAN. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari before judgment denied.

No. 84–1869. MARCONE v. PENTHOUSE INTERNATIONAL, LTD. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE WHITE would grant certiorari. ▪

No. 84–1898. BLACKMON v. OBSERVER TRANSPORTATION CO. C. A. 4th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied. ▪

No. 84–1899. MUELLER v. DIEBALL ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▪

No. 84–1958. RONWIN v. HOLOHAN ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▪